JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

RAYMOND A. GREEN,

    Petitioner,

v.

BPH COMMISSIONERS, et al.,

    Respondents.

Case No. 2:23-cv-06339-JAK-SP

**JUDGMENT**

    Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

Dated: August 29, 2024

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE